[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-12340

_____

D.C. Docket No. 1:09-md-02051-CMA

BEVERLY JONES,
STEVE JONES,

Plaintiffs - Appellants,

versus

SMITHKLINE BEECHAM,
d.b.a. GlaxoSmithKline, et al.,

Defendants,

PROCTER AND GAMBLE COMPANY,
PROCTER AND GAMBLE DISTRIBUTING LLC, THE,
PROCTER AND GAMBLE MANUFACTURING COMPANY, THE,

Defendants - Appellees.

_____

No. 15-12391

_____

D.C. Docket No.  1:09-md-02051-CMA

In re: DENTURE CREAM PRODUCTS LIABILITY LITIGATION.
_____

DONALD KIMBALL,
JAMES R. WILKERSON,
MARIE WILKERSON,
BOBBY COCKRILL,
BETTY COCKRILL,
DENICE SEDLACEK,
MICHAEL SEDLACEK,
WILLIAM M. KEITH,
Individually and as Executor de son
Tort of The Estate of Linda Sakcriska,
CORBITT CARTER,
OPAL CARTER,
DEBORAH G. JONES,
ALAN J. JONES,

                                        Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

                                        Defendants - Appellees.


_____

No. 15-12393
_____

D.C. Docket No.  1:09-md-02051-CMA


2

In Re: Denture Cream Products Liability Litigation.

_____

MRS. CHRISTY HARDING,
MR. DAVID HARDING, her husband,

                                    Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING COMPANY,
THE PROCTER & GAMBLE COMPANY,

                                    Defendants - Appellees.


                    _____

                          No. 15-12419
                    _____

                D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.

_____

RAYMOND ENGLISH,
THERESA ENGLISH,

                                    Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE DISTRIBUTING LLC,
THE PROCTER & GAMBLE MANUFACTURING COMPANY,

Defendants - Appellees.

_____

No. 15-12420

_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

ELLENIE STEELE,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING LLC,
THE PROCTER & GAMBLE MANUFACTURING COMPANY,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12421

_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

4

DOROTHY GIBSON,

                                        Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING LLC,
THE PROCTER & GAMBLE MANUFACTURING COMPANY,
THE PROCTER & GAMBLE COMPANY,

                                        Defendants - Appellees.

_____

No. 15-12422
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

ANNE M. COFFMAN,

                                        Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING LLC,
THE PROCTER & GAMBLE MANUFACTURING COMPANY,
THE PROCTER & GAMBLE COMPANY,

                                        Defendants - Appellees.

_____

No. 15-12424
_____

D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.
_____


PEGGY ANN SMITH-LLOYD,

Plaintiff - Appellant,

versus

PROCTER & GAMBLE DISTRIBUTING LLC,
PROCTER & GAMBLE MANUFACTURING COMPANY,

Defendants - Appellees.


_____

No. 15-12427
_____

D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.
_____


FAYE G. HOBSON,

6

Plaintiff - Appellant,

versus

PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING COMPANY,

Defendants - Appellees.

_____

No. 15-12433
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

BARBARA SUE MENDENHALL,

Plaintiff - Appellant,

versus

PROCTER & GAMBLE DISTRIBUTING, LLC,
PROCTER & GAMBLE MANUFACTURING COMPANY,

Defendants - Appellees.

_____

No. 15-12434
_____

7

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liabiltiy Litigation.

_____

ROBERT DONALD LANE,
SHARON GAY LANE, as the Administrator for the Estate of Robert Donald
Lane,

Plaintiffs - Appellants,

versus

PROCTER & GAMBLE DISTRIBUTING, LLC,
PROCTER & GAMBLE MANUFACTURING COMPANY,

Defendants - Appellees.

_____

No. 15-12436

_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liabiltiy Litigation.

_____

JENNIFER J. CORNETT,
ROBERT L. CORNETT,

Plaintiffs - Appellants,

8

versus

THE PROCTER & GAMBLE DISTRIBUTING LLC,
THE PROCTER & GAMBLE MANUFACTURING COMPANY,

Defendants - Appellees.

_____

No. 15-12437
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

ROBIN ANN EVANS,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

Defendants - Appellees.

_____

No. 15-12449
_____

D.C. Docket No.  1:09-md-02051-CMA

9

In Re: Denture Cream Products Liability Litigation.
_____


RHONDA JOLENE SHUMATE,
BRIAN SHUMATE,

                                        Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

                                        Defendants - Appellees.


_____

No. 15-12450
_____

D.C. Docket No.  1:09-md-02051-CMA


In re: Denture Cream Products Liability Litigation.
_____


PAUL CAMPIONE,
MAE CAMPIONE,

                                        Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

Defendants - Appellees.

_____

No. 15-12451

_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.

_____

ANGELA COUCH,
BARRY COUCH, Individually and as Administrator of the Estate of Angela Couch,

Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

Defendants - Appellees.

_____

No. 15-12452

_____

D.C. Docket No.  1:09-md-02051-CMA

11

In Re: Denture Cream Products Liability Litigation.

_____

MELINDA HALL,
Individually, on Behalf of Herself and on Behalf of
All Others Similarly Situated,
JESSE E. WEST,
individually and as a personal representative of
the Estate of Opal H. West,

                                        Plaintiffs - Appellants,

CARMAL HALL, JR.

                                        Plaintiff,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
f.k.a. Proctor & Gamble Distributing Delaware, Inc.,
THE PROCTER & GAMBLE MANUFACTURING CO.,

                                        Defendants - Appellees.

_____

No. 15-12456
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.

_____

JUDY SIMPSON SAMMONS,
ROBERT TURNER SAMMONS,

Plaintiffs - Appellants,

versus

SMITHKLINE BEECHAM CORPORATION,
d.b.a. GlaxoSmithKline, et al,

Defendants,

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

Defendants - Appellees.

_____

No. 15-12457
_____

D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.
_____


DORA ANNETTE ROWLEN,

Plaintiff,

CARLTON ROWLEN,
Administrator of the Estate of Dora A. Rowlen,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

Defendants - Appellees.

_____

No. 15-12462
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

CYNTHIA A. WILLIAMS,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12465
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

JAMES BYLES,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12467
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

DAVID HOFFMAN,
CAROL M. HOFFMAN,

Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12470

_____

D.C. Docket No. 1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.

_____

DIANE DE HAVEN,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12471

_____

D.C. Docket No. 1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.

_____

16

BRIAN L. STEINE,

                                        Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

                                        Defendants - Appellees.


_____

No. 15-12473
_____

D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.
_____


JUDITH SULLIVAN,

                                        Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

                                        Defendants - Appellees.

17

_____

No. 15-12475

_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.

_____

LEE RUSSO,
ANDREW RUSSO,

Plaintiffs - Appellants,

versus

SMITHKLINE BEECHAM CORPORATION,
d.b.a. GlaxoSmithKline, et al.,

Defendants,

THE PROCTER & GAMBLE COMPANY,
THE PROCTER & GAMBLE MANUFACTURING CO.,

Defendants - Appellees.

_____

No. 15-12476

_____

D.C. Docket No.  1:09-md-02051-CMA

18

In Re: Denture Cream Products Liability Litigation.

_____

HERSHEL BIFFLE,

Plaintiff,

FELECIA BIFFLE, individually and as Administratrix of the Estate of Hershel Biffle,

Plaintiff - Appellant,

versus

SMITHKLINE BEECHAM CORPORATION, et al.,

Defendants,

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

Defendants - Appellees.

_____

No. 15-12477
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.

_____

KATHERINE B. MEHROFF,

Plaintiff,

DAVID L. MEHRHOFF,
Individually and as Executor
of the Estate of Katherine Mehrhoff,

Plaintiff - Appellant,

versus

SMITHKLINE BEECHAM CORPORATION,
d.b.a. GlaxoSmithKline, et al.,

Defendants,

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

Defendants - Appellees.

_____

No. 15-12478
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

MELISSA J. BABB,
THOMAS R. BABB,

Plaintiffs - Appellants,

versus

20

SMITHKLINE BEECHAM CORPORATION,
d.b.a. GlaxoSmithKline, et al.,

                                          Defendants,


THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

                                          Defendants - Appellees.


_____

No. 15-12480

_____

D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.
_____


MISTY DAWN JORDAN,

                                          Plaintiff,

JOHNNY R. ELLZY,
as the Administrator of the Estate of
Misty Dawn Jordan,

                                          Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,

THE PROCTER & GAMBLE MANUFACTURING CO.,

                                        Defendants - Appellees.

_____

No. 15-12481
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

SHAWN RENAY RANKIN,
MAX RANKIN,

                                        Plaintiffs - Appellants,

versus

SMITHKLINE BEECHAM CORPORATION,
d.b.a. GlaxoSmithKline, et al.,

                                         Defendants,

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

                                        Defendants - Appellees.

_____

No. 15-12484

_____

D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.
_____

JOYCE LUNNE HARRELL,
RICK A. HARRELL,

                                        Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

                                        Defendants - Appellees.


_____

No. 15-12485

_____

D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.
_____

HEIDI SUE WEBER, et al.,

                                        Plaintiffs,

23

STEPHANIE FUS,
as the Administratrix of the Estate of
Heidi Sue Weber,

Plaintiff - Appellant,

versus

SMITHKLINE BEECHAM CORPORATION, et al.,

Defendants,

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

Defendants - Appellees.

_____

No. 15-12486
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

TENA R. THORN,

Plaintiff,

BRENT TYLER URBAN,
individually and as Administrator of the Estate
of Tena R. Thorn, deceased,

Plaintiff - Appellant,

24

versus

SMITHKLINE BEECHAM CORPORATION, et al.,

Defendants,

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,

Defendants - Appellees.

_____

No. 15-12490
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liabiltiy Litigation.
_____

MARY LOU SMITH-BROXTON,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12491

_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.

_____

CHRISTINA BALLMAN,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12492

_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.

_____

SHARI BAKER GARRISON,

Plaintiff - Appellant,

26

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12493

_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

WILLIAM R. WILLIS,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12494

_____

D.C. Docket No. 1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

ANN CLAIR,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12495
_____

D.C. Docket No. 1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

JANICE LYNN KERR,
HARVEL KERR,

Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,

28

THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

                                    Defendants - Appellees.


                    _____

                          No. 15-12499
                    _____

                D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.
_____

PETER MICHAEL BASSIN,

                                    Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

                                    Defendants - Appellees.


                    _____

                          No. 15-12500
                    _____

                D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.

_____

ANNA JANE BAKER,

                                    Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

                                    Defendants - Appellees.

_____

No. 15-12501

_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.

_____

GENE GOSNELL,

                                    Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

                                    Defendants - Appellees.

_____

No. 15-12502

_____

D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.
_____

PEGGY L. SINGLETON,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.


_____

No. 15-12503

_____

D.C. Docket No.  1:09-md-02051-CMA


In Re: Denture Cream Products Liability Litigation.
_____

JAMES L. ATKINSON,
TANA S. ATKINSON,

31

Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12504
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

DORETHA GILES,

Plaintiff - Appellant,

versus

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

Defendants - Appellees.

_____

No. 15-12505
_____

D.C. Docket No.  1:09-md-02051-CMA

In Re: Denture Cream Products Liability Litigation.
_____

EFRAIN RODRIGUEZ,
IRENE FELIZ SEGURA,

                                                    Plaintiffs - Appellants,

versus

SMITHKLINE BEECHAM CORPORATION,
d.b.a. Glaxosmithkline, et al.,

                                                    Defendants,

THE PROCTER & GAMBLE DISTRIBUTING, LLC,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE COMPANY,

                                                    Defendants - Appellees.


                        _____

                             No. 16-10130
                        _____

D.C. Docket No.  1:09-md-02051-CMA


BENJAMIN BERMAN,
CHRISTOPHER D. BIRD, SR.,
JOSEPH DAVIS, III,

                                                    Plaintiffs - Appellants,

versus

THE PROCTER & GAMBLE COMPANY,
THE PROCTER & GAMBLE MANUFACTURING CO.,
THE PROCTER & GAMBLE DISTRIBUTING LLC,

                                        Defendants - Appellees.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

(June 15, 2016)

Before WILSON and JULIE CARNES, Circuit Judges, and WOOD,[*] District
Judge.

PER CURIAM:

This appeal consolidates forty-eight individual appeals arising out of

multidistrict litigation in *In re Denture Cream Products Liability Litigation*, 1:09-

md-02051-CMA.  In their complaints, Plaintiffs alleged that Defendants produced

a denture cream that caused Plaintiffs to develop a condition known as copper

deficiency myelopathy.

In 2015, the district court issued an order granting Defendants' *Daubert*[1]

motion to exclude all or part of the testimony of Plaintiffs' general causation expert

---

[*] Honorable Lisa Godbey Wood, United States District Chief Judge for Southern District of
Georgia, sitting by designation.

[1] *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).

witnesses.  The parties stipulated that this order was case-dispositive, meaning that without the ability to prove general causation, Plaintiffs could not prevail.  Given that stipulation, the district court issued orders dismissing the Plaintiffs' cases with prejudice.  In its orders of dismissal, the court referenced the 2015 *Daubert* order, as well as a 2013 order precluding testimony by any treating physicians of Plaintiffs who had not produced Rule 26(a)(2)(B) reports.

Plaintiffs now appeal these orders of dismissal and, more particularly, the *Daubert* and Rule 26(a)(2)(B) orders identified above.  After carefully reviewing the parties' briefs and the record, and with the benefit of oral argument, we find no reversible error in either of the district court's orders.

**AFFIRMED.**